CLERK'S OFFICE U.S. DIST. COURT
AT DANVILLE, VA
FILED
JUL 03 2008
JOHN F. CORCORAN, CLERK
BY: HMcDonald
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

| | | |
|---|---|---|
| ERNEST JOYNER, | ) | |
|     Plaintiff, | ) | Civil Action No.7:08-cv-00359 |
| | ) | |
| v. | ) | **ORDER** |
| | ) | |
| IRWIN FISH, et al., | ) | By: Hon. Jackson L. Kiser |
|     Defendants. | ) | Senior United States District Judge |

In accordance with the written memorandum opinion entered this day, it is hereby

**ADJUDGED AND ORDERED**

that plaintiff's motion to proceed in forma pauperis without prepayment of the filing fee shall be and hereby is **DENIED**; the action is hereby **STAYED**; and if plaintiff does not prepay the $350.00 filing fee for this action within ten (10) business days from the date of this order, the action will be **DISMISSED** without prejudice, pursuant to 28 U.S.C. §1915(g).

The Clerk is directed to send certified copies of this order and the accompanying memorandum opinion to plaintiff.

ENTER: This 3rd day of July, 2008.

                                                /s/ Jackson L. Kiser
                                                Senior United States District Judge